In the Matter of the Judicial Settlement of the Account of Proceedings of JOSEPH JAMES CARNEY, as Administrator, etc., of MATTHEW A. CARNEY, Late of Richmond Hill, Deceased. JOSEPH JAMES CARNEY, as Administrator, etc., of MATTHEW A. CARNEY, Deceased, and FRANCIS CUTOLO, as Special Guardian for DANIEL FRANCIS KANE, an Infant, etc., Appellants; EMIL SPANEY and EMMA SPANEY and AMERICAN SURETY COMPANY OF NEW YORK, Respondents.— Decree of the Surrogate's Court of Queens county, settling administrator's account, unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

In the Matter of the Application, etc., of THE CITY OF NEW YORK, Relative to Neptune Avenue, etc., Brooklyn. (Re Application of FLORENCE H. CLARK for Payment of Award Made for Damage Parcels Nos. 510, 511, 512 and 513.) FLORENCE H. CLARK, Petitioner-Respondent; THOMAS H. WHEELER and ROBERT L. WHEELER, Heirs of EMMETT B. WHEELER, Deceased, in Place and Stead of the Estate of EMMETT B. WHEELER, Deceased, LOUIS C. SCHWENSEN, as Executor, etc., of BERTHA LARSON, Deceased, and Administrator de Bonis Non of the Estate of WALTER LARSON, Deceased, Appellants, and Others, Respondents.— Order granting petitioner's motion for an order directing the comptroller to pay over to her the total balance of a condemnation award reversed on the law and the facts, with ten dollars costs and disbursements to each appellant, and motion denied, with ten dollars costs to each appellant. An application of this character must rest upon a deficiency judgment. This is a prerequisite. (*Mathews* v. *Ropag Realty Corp.*, 246 App. Div. 764.) In the absence of such a deficiency judgment, the proceeds of the foreclosure sale must be deemed to have been in full satisfaction of the mortgage debt. (Civ. Prac. Act, § 1083-a.) Lazansky, P. J., Hagarty, Davis and Johnston, JJ., concur; Adel, J., concurs on the ground that the petitioner had no right to institute the proceeding without leave of the court. (Civ. Prac. Act, § 1078.)